ARMOUR & COMPANY, RESPONDENT, v. MAYOR AND AL-
DERMEN OF JERSEY CITY ET AL., APPELLANTS.

Argued October 31, 1927—Decided February 6, 1928.

For the respondent, *John Milton.*

For the appellants, *Thomas J. Brogan.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Supreme
Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, MIN-
TURN, KALISCH, BLACK, KATZENBACH, LLOYD, WHITE, VAN
BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.